BARBARA J. CHISHOLM (SBN 224656)
RACHEL ZWILLINGER (SBN 268684)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
E-mail: bchisholm@altber.com
rzwillinger@altber.com

JOEL R. REYNOLDS (SBN 85276)
STEPHEN ZAK SMITH (SBN 228913)
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
E-mail: jreynolds@nrdc.org
zsmith@nrdc.org

*Attorneys for Plaintiffs*

IGNACIA S. MORENO, Assistant Attorney General
KEVIN W. McARDLE, Trial Attorney
MICHAEL D. THORP, Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, NW, Third Floor
Washington, DC 20004
Tele: (202) 305-0219
E-mail: kevin.mcardle@usdoj.gov
Michael.Thorp@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> REBECCA BLANK, *et al.*, <br><br> Defendants. | Case No. 12-cv-05380-EDL <br><br> **STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER** |

STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER, Case No. 12-cv-05380-EDL

The undersigned parties appreciate the opportunity to participate in the Court's ADR multi-option program. The parties, however, agree that the above-captioned administrative review case is not amenable to an intermediate resolution at this time, none of the ADR processes are likely to lead to resolution of the case or deliver benefits sufficient to justify the resources consumed by its use, and the case should continue before the Court. *See* ADR Local Rule 3-5(e)(3). The parties therefore jointly stipulate and request, pursuant to ADR Local Rule 3-3(c) and Civ. Local Rule 7-12, that the Court remove the above-captioned case from its ADR multi-option program.

Date: December 10, 2012                    Respectfully submitted,


                                           By: */s/ Barbara J. Chisholm*
                                                   Barbara J. Chisholm

                                           BARBARA J. CHISHOLM
                                           RACHEL ZWILLINGER
                                           Altshuler Berzon LLP

                                           *Attorneys for Plaintiffs*


Dated: December 10, 2012                   By: */s/ Kevin W. McArdle, per email authorization*
                                                   Kevin W. McArdle

                                           KEVIN W. MCARDLE
                                           MICHAEL THORP
                                           U.S. Department of Justice

                                           *Attorneys for Defendants*

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated this __10th__ day of __December__, 2012.

_____
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

2
STIPULATION REQUESTING REMOVAL FROM THE ADR MULTI-OPTION PROGRAM AND [PROPOSED] ORDER, Case No. 12-cv-05380-EDL