**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6               FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   NATURAL RESOURCES DEFENSE              No. C -12-05380 EDL
    COUNCIL, et al.,
9                                          **ORDER SETTING BRIEFING**
                Plaintiffs,                **SCHEDULE AND HEARING**
10
        v.
11
    REBECCA BLANK, et al.,
12
                Defendants.
13   _____/

14          On June 20, 2013, the parties filed a Stipulated Request to Extend Time for Defendants to

15   file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for

16   summary judgment.  Good cause appearing, the request to extend time is granted.  Defendants'

17   cross-motion/opposition shall be filed no later than July 18, 2013.  Pursuant to the briefing schedule

18   proposed by the parties (Docket No. 17) and the Court's May 3, 2013 Scheduling Order (Docket No.

19   29), Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary

20   judgment and reply in support of their motion for summary judgment no later than August 8, 2013,

21   and Defendants shall file their reply in support of their cross-motion for summary judgment no later

22   than August 29, 2013.  The hearing on the parties' motions is continued to October 22, 2013 at 2:00

23   p.m.

24          **IT IS SO ORDERED.**

25

26   Dated: June 25, 2013                   _____
                                            ELIZABETH D. LAPORTE
27                                          United States Chief Magistrate Judge

28