IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PENNY PRITZKER, et al., <br><br> Defendants. | No. C -12-05380 EDL <br><br> **ORDER** |

The hearing on the parties' cross-motions for summary judgment is currently scheduled for October 30, 2013. During the week of September 23, 2013, the Court requested courtesy paper copies of excerpts of the administrative record from Defendants in this case. The Court understands from Defendants' now-withdrawn Motion to Continue that the Court's request will be fulfilled " as soon as possible after the lapse in appropriations ends." Defs.' Mot. to Continue n.1. The Court requires the record excerpts to fully prepare for the hearing on the cross-motions for summary judgment. Given the uncertainty of when the lapse in appropriations will end, and, in turn, when the Court will receive courtesy paper copies of the record excerpts, the Court orders a brief continuance of the hearing. Therefore, the hearing on the parties' cross-motions for summary judgment is continued to November 13, 2013 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: October 8, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge